**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION**

OFFICE OF THE ATTORNEY GENERAL,
STATE OF FLORIDA,
DEPARTMENT OF LEGAL AFFAIRS,
    *Plaintiff,*

  v.

INSTITUTIONAL SHAREHOLDER
SERVICES INC.; GLASS, LEWIS & CO.
LLC,
    *Defendants.*

Case No. 5:26-cv-00026-MW-MJF

---

**DECLARATION OF MICHAEL McCAULEY**

I, Michael McCauley declare and state as follows:

1. I am above the age of eighteen (18) years.

2. I make this declaration voluntarily and from my own knowledge. If called upon as a witness, I could and would competently testify to the matters contained herein based on my knowledge.

3. I am the Senior Officer, Investment Programs & Governance at the State Board of Administration of Florida (SBA). I began working at the SBA in June 1997. Prior to my current role at the SBA, I have held a variety of responsibilities at the SBA including investment communications, client services, administration of the defined contribution component of the Florida Retirement System (FRS), and investment

1

research across all asset classes within the Chief Investment Officer's unit. I earned an undergraduate degree in political science from the University of Florida in 1992 and a master's degree in public administration (MPA) from Florida State University in 1995. I have earned the CFA Institute's Sustainable Investing Certificate, am a Certified Employee Benefits Specialist (CEBS), and a Certified Treasury Professional® (CTP).

4.     The SBA provides financial and trust services to various governmental entities, including managing the assets of the FRS Pension and Investment Plans, Florida PRIME, the Florida Hurricane Catastrophe Fund, as well as those of many smaller governmental funds.

5.     The SBA is required to invest assets and discharge its duties in accordance with Florida law and in compliance with fiduciary standards of care. As part of these duties, the SBA relies on proxy advisors Glass, Lewis & Co. LLC (Glass Lewis) and Institutional Shareholder Services Inc. (ISS) for consulting services related to shareowner voting.

6.     In addition to the advisory proxy services, Glass Lewis acts as the SBA's voting agent, providing vote execution, tabulation, and related reporting across all global voteable securities owned by the SBA (on behalf of the FRS Pension and Investment Plans).

7.    In addition to the advisory proxy services, ISS provides company level research for a variety of statutorily-mandated scrutinized entities (such as Anti-BDS Israel under section 215.4715, Florida Statutes) and several corporate governance datasets.

8.    The SBA's Investment Programs and Governance (IPG) unit is responsible for exercising shareowner rights and proxy voting responsibilities. It is composed of four members: Michael McCauley, Senior Officer – Investment Programs & Governance; Jacob Williams, Corporate Governance Manager – Operations; Angela Deas, Corporate Governance Manager – Research; and Tammy Nguyen, Corporate Governance Analyst. IPG staff are also responsible for all corporate governance engagement and divestment research (including company classification) and all other related equity investor stewardship functions.

9.    SBA staff manage a high volume of proxy voting, covering approximately 12,000 annual and special shareowner meetings each year. These proxy votes occur throughout the year and across multiple global markets. Corporate annual meetings, where voting is cast, are required under state law and stock exchange listing requirements for public companies.

10.    The IPG unit is responsible for negotiating service contracts with vendors including Glass Lewis and ISS. When I am interested in purchasing a product from Glass Lewis or ISS, I contact the Glass Lewis or ISS client service

representative and request information on the product or service availability, price, and scope. Depending on the type and scope of proxy research and/or data elements, pricing is typically requested and some negotiation occurs involving cost, duration of access, research coverage levels, and other general parameters. Such negotiation is often impacted by proxy volume, market coverage, and other per unit pricing considerations. This negotiation ultimately results in a final agreed-upon scope of service and price schedule. Any new services (or changes to existing services) are added to an existing master service agreement with either Glass Lewis or ISS as an amendment to the existing master contract.

11.    The SBA's corporate governance efforts are dedicated to maximizing shareowner value and ensuring that public companies remain accountable to their owners. This is done by establishing efficient boards, providing clear disclosures, ensuring accurate financial reports, and enforcing policies that safeguard SBA investment value. The SBA's focus is on the bottom line, and we gear all companies in which we invest towards policies and practices that lead to improved financial performance. As required by Florida law, the SBA's proxy voting decisions are based solely on pecuniary factors to promote the best risk adjusted returns for its beneficiaries.

12.    For the fiscal year ending June 30, 2025, SBA staff executed proxy voting across 11,660 meetings worldwide, voting on ballot items including director

4

elections, audit firm ratification, executive compensation plans, mergers & acquisitions, and a variety of other management and shareowner proposals. These votes involved 8,655 companies with 106,946 distinct voting items. In Fiscal Year 2025, SBA proxy voting occurred in 68 countries, with the top five by meeting volume comprised of the United States (2,733), China (1,870), India (1,516), Japan (1,139), and South Korea (507).

13. The SBA regularly and systematically reviews, evaluates, and relies, in part, on research from Glass Lewis and ISS. The SBA regularly reviews their policy research, voting system functionality, voting execution services, and all other governance data and voting related service provisions on a continuous basis. Such proxy research and information are of use only if it is objective, comprehensive, and based on factual analyses. To obtain this information from Glass Lewis and ISS, the SBA uses online web-based platforms to view and download proxy research, cast proxy votes, and maintain related records. The SBA also receives various reports and proxy research directly via email from both Glass Lewis and ISS.

14. The SBA ultimately relies on internal decision making, informed by the research of both external research providers and internal activities, when voting proxies and does not delegate proxy voting decisions to Glass Lewis or ISS.

## Glass, Lewis & Co. LLC ("Glass Lewis")

15.    The SBA has maintained Glass Lewis as its proxy voting agent since 2016 and has utilized its Proxy Paper corporate governance and proxy voting research service since 2003. The SBA paid approximately $230,000 in Fiscal Year 2025 and expects to pay Glass Lewis a similar amount in Fiscal Year 2026. Over the 5-year period including Fiscal Years 2020 through 2024, the SBA's IPG unit paid Glass Lewis approximately $1,332,000.

16.    Glass Lewis's Viewpoint proxy voting platform casts and records all SBA proxy voting transactions and provides related reporting and recordkeeping. SBA IPG staff typically communicate at least weekly with Glass Lewis staff, via email, phone and online meetings, covering a wide variety of proxy voting issues, governance research items, and general client operational support.

17.    In addition to direct communications, Glass Lewis distributes generic client updates and business notes to the SBA on a regular basis, primarily through client alerts and list-oriented emails. Since Glass Lewis also acts as the SBA's voting "agent" (executing SBA proxy votes on their proprietary system) for FRS equity holdings, there are numerous regular communications between Glass Lewis's dedicated SBA client service representative involving proxy voting matters and related recordkeeping.

6

18.    From January 1, 2026, through April 30, 2026, the SBA has received more than 2,000 substantive emails from Glass Lewis (which includes duplicate emails sent by Glass Lewis to multiple SBA employees). In some of these emails, Glass Lewis is marketing products to the SBA such as a new enhanced voting disclosure service as well as a new engagement tracking system. The SBA regularly receives marketing emails from Glass Lewis, and the general volume of emails since January 1, 2026, from Glass Lewis to the SBA is not unusual and is representative of the volume of emails the SBA has received during our contract with Glass Lewis.

### Institutional Shareholder Solutions Inc. ("ISS")

19.    The SBA has maintained a proxy research contract with ISS since 1988. The SBA paid approximately $265,000 in Fiscal Year 2025 and expects to pay ISS a similar amount in Fiscal Year 2026. Over the 5-year period including Fiscal Years 2020 through 2024, the SBA's IPG unit paid ISS approximately $1,673,000 for all services.

20.    The SBA contract with ISS includes global proxy research services, access to various corporate governance data sets, and extensive company-level research tied to statutory divestment requirements (e.g., PFIA, Anti-BDS, etc.). SBA IPG staff typically communicates at least weekly with ISS staff via email, phone and online meetings, covering a wide variety of proxy voting issues, governance research items, and general client operational support.

21.    In addition to direct communications, ISS distributes generic client updates and business notes to the SBA on a regular basis, primarily through client alerts and list-oriented emails.

22.    From January 1, 2026, through April 30, 2026, the SBA has received more than 500 substantive emails from ISS (which includes duplicate emails sent by ISS to multiple SBA employees). In some of these emails, ISS is marketing products to the SBA such as new artificial intelligence (AI) enabled solutions for managing corporate governance policies and related proxy voting. The SBA regularly receives marketing emails from ISS, and the general volume of emails since January 1, 2026, from ISS to the SBA is not unusual and is representative of the volume of emails the SBA has received during our contract with ISS.

## General Proxy Advisor Usage

23.    Glass Lewis and ISS's proxy-advisor policy surveys are an important input into the SBA's governance voting framework. Annual surveys gather feedback from a broad cross-section of constituents, including institutional investors, public companies, directors, advisors, and other interested stakeholders, on both longstanding governance topics and newer issues emerging in the stewardship landscape. Proxy advisors use this survey data to better understand how investors and companies view evolving topics and/or update their standard voting policy guidelines.

24.    These surveys give clients like the SBA a formal mechanism to provide feedback, anticipate potential shifts in benchmark guidelines, and align internal voting and stewardship practices with a changing proxy landscape.

25.    Annual surveys are an important formal entry point for engagement, but it is only one part of a broader ongoing process through which both firms evaluate new topics and adapt their policy frameworks. For customers, participation in these annual surveys and related consultations offers four concrete benefits. First, it provides a direct channel to influence the policy frameworks that may ultimately shape proxy voting recommendations across global portfolios. Second, it offers an early warning system for identifying which governance, compensation, shareowner rights, and emerging risk topics are likely to receive greater scrutiny in the next season. Third, it gives institutions a chance to benchmark their own stewardship positions against broader investors and issuer sentiment reflected in survey topics and published results. Fourth, it helps investors and companies prepare in advance for how future benchmark policy changes may affect voting outcomes, engagement priorities, disclosure expectations, and board-level governance practices.

26.    ISS and Glass Lewis policy surveys are not merely annual questionnaires; they are important components of the proxy advisory policy development process and valuable market intelligence tools for any organization seeking to stay ahead of changes in the stewardship and proxy voting landscape.

9

Both Glass Lewis and ISS send their policy surveys to the SBA and request that the SBA participate, and the SBA routinely participates in these surveys. After the surveys, Glass Lewis and ISS provide the SBA with survey results which include links to their updated benchmark policies.

27. The SBA has regularly received emails from both Glass Lewis and ISS in recent years involving DEI and ESG proposals. The SBA staff routinely receives, both by direct email and via access to web-based client systems, extensive proxy research covering global publicly traded companies from both Glass Lewis and ISS. Such research includes information synthesis, analysis, modeling, and policy detail on management and shareowner proposals on corporate ballots, encompassing any items involving a DEI or ESG component. Such research also includes thematic or trend analysis on such matters involving market regulations, legal factors, policy benchmarking, and other issues impacting asset owners.

28. Attached as Exhibit A is a true and correct copy of the operative master contract between SBA and Glass Lewis.

29. Attached as Exhibit B is a true and correct copy of the 2022-2027 order form that SBA sent to Glass Lewis that exercises its right to renew the master contract.

30. Attached as Exhibit C is a true and correct copy of the 2025-2026 order form to purchase access to Glass Lewis's Engagement Management Platform.

10

31.    Attached as Exhibit D is a true and correct copy of the 2023-2027 order form to purchase Glass Lewis's N-PX Services.

32.    Attached as Exhibit E is a true and correct copy of the operative master contract between SBA and ISS.

33.    Attached as Exhibit F is a true and correct copy of the 2024-2029 order form that SBA sent to ISS that exercises its right to renew the master contract.

I declare under penalty of perjury that the foregoing is true and correct. Executed on May 8, 2026.

Michael McCauley