# EXHIBIT B



**ORDER FORM**

| | |
|---|---|
| Client: | Florida State Board of Administration |
| Address: | 1801 Hermitage Blvd., Tallahassee, Florida32308, United States |
| Effective Date of Master Services Agreement: | 07/01/2016 |
| Service Name: | Viewpoint |

This Order Form is governed by and subject to the terms and conditions of the Master Services Agreement entered into by Client and the Glass, Lewis & Co., LLC located at 255 California Street, Suite 1100, San Francisco, CA 94111, United States, on the Effective Date indicated above.

**ORDER FORM STATUS:**            **SERVICES TERM\*:**

| | | | | |
|---|---|---|---|---|
| | Initial Term* | | Start Date: | 07/01/2022 |
| X | Renewal Term | | End Date: | 06/30/2027 |
| | Amendment | | | |

\* Unless Client provides written notice of non-renewal to Glass Lewis sixty (60) days before the end of the Services Term, this Order Form shall automatically renew for additional periods of one (1) year. In the event of an automatic renewal, the Services shall continue to be provided by Glass Lewis to Client as set forth in the Agreement and this Order Form.



Glass Lewis shall provide Client with the Services set forth below:

| Services | Quantity |
|---|---|
| Custom Policy Implementation, Per Policy | 1 |
| Proxy Research And Recommendations, Per Non-US Meeting | 7500 |
| Proxy Research And Recommendations, Per US Meeting | 2800 |
| Set-Up And Support, Per Account | 80 |
| Vote Execution, Per US Ballot | 24630 |
| Web-hosted Vote Disclosure, Per Site | 1 |

**TOTAL ANNUAL FEES YEAR 1: $192,653.00**

**TOTAL ANNUAL FEES YEAR 2: $192,653.00**

**TOTAL ANNUAL FEES YEAR 3: $196,506.00**

**TOTAL ANNUAL FEES YEAR 4: $200,436.00**

**TOTAL ANNUAL FEES YEAR 5: $206,449.00**

| Services | Overage Fees |
|---|---|
| Custom Policy Implementation, Per Policy | $0.00 |
| Proxy Research And Recommendations, Per Non-US Meeting | $0.00 |
| Proxy Research And Recommendations, Per US Meeting | $0.00 |
| Set-Up And Support, Per Account | $0.00 |
| Vote Execution, Per US Ballot | $0.00 |
| Web-hosted Vote Disclosure, Per Site | $0.00 |

 GLASS LEWIS

**THE PRICING ABOVE IS A FIXED FEE, SO THERE WILL NO OVERAGE FEES APPLIED DURING THE TERM OF THE CONTRACT. ALL CHARGES ARE IN U.S. DOLLARS AND ARE EXCLUSIVE OF ANY STATE OR LOCAL SALES, USE, OR SIMILAR TAXES. PAYMENT IN FULL IS DUE WITHIN THIRTY (30) DAYS OF THE DATE OF INVOICE. INVOICING WILL BE DONE ON A SEMI-ANNUAL BASIS ON JULY 1ST AND JANUARY 1ST OF EACH YEAR.**

**ADDITIONAL TERMS AND CONDITIONS:**

1. All fees are exclusive of any taxes, levies, duties or similar governmental assessments of any nature, including, for example, value-added, sales, use and similar taxes, assessable by any jurisdiction whatsoever.
2. Payment in full is due within thirty (30) days of the date of invoice. Untimely payment may result in late payment interest penalties, as set forth in the Agreement.
3. Glass Lewis shall register with and use the E-Verify system to verify the employment eligibility of newly hired employees performing services within the United States in accordance with Section 448.095, Florida Statutes. Glass Lewis acknowledges that Client is subject to, and Glass Lewis agrees to comply with, Section 448.095, Florida Statutes, as amended from time to time, to the extent applicable.
4. Consistent with the Florida Transparency in Contracting Initiative, Client posts certain operational Agreements on its website, and this Order Form will be one of the agreements posted. Glass Lewis hereby agrees that Client is authorized to post this Order Form (including any amendments or addenda hereto) and a description of the content of the Order Form (including any amendments or addenda hereto) on the Client's website.



All terms and conditions of the Agreement not modified herein remain in full force and effect.

**Florida State Board of Administration**

**GLASS LEWIS:** ·

By: _____

Name: Lamar Taylor

Title: Interim Executive Director & CIO

Date: July 5, 2022

By: _____

Name: Dan COncannon

Title: CCO

Date: 07 / 05 / 2022

APPROVED AS TO LEGALITY·

_____
ELIZABETH R. STEVENS
ASSISTANT GENERAL COUNSEL

# Signature Certificate

Reference number: 34MXD-TRZUU-OBJQ7-HWUJZ

| Signer | Timestamp | Signature |
|---|---|---|
| **Dan Concannon**<br>Email: dconcannon@glasslewis.com<br>Shared via link | | *Dan Concannon* |
| Sent:<br>Viewed:<br>Signed: | 05 Jul 2022 15:32:22 UTC<br>05 Jul 2022 15:45:43 UTC<br>05 Jul 2022 15:46:36 UTC | IP address: 173.17.207.143<br>Location: Frankford, United States |

Document completed by all parties on:
05 Jul 2022 15:46:36 UTC

Page 1 of 1



**Signed with PandaDoc**

PandaDoc is a document workflow and certified eSignature
solution trusted by 30,000+ companies worldwide.

