# EXHIBIT C

# GLASS LEWIS

## ORDER FORM

| | |
|---|---|
| Client: | Florida State Board of Administration |
| Address: | 1801 Hermitage Blvd., Tallahassee, Florida 32308, United States |
| Client Tax Number (VAT, GST, Other): | |
| Effective Date of Master Services Agreement: | July 1, 2016 |
| Service Name: | Glass Lewis Engagement Management Platform |

This Order Form is governed by and subject to the terms and conditions of the Master Services Agreement entered into by Client and Glass, Lewis & Co., LLC located at 100 Pine Street, Suite 1925, San Francisco, CA 94111, United States, on the Effective Date indicated above ("Agreement") as well as the Additional Terms and Conditions below and the Acceptable Use Policy attached hereto as Appendix A and incorporated herein by this reference.

**ORDER FORM STATUS:**

| |
|---|
| Initial Term* |
| Renewal Term |
| Amendment |

**TERM OF SERVICES:**

| | |
|---|---|
| Start Date: | 8/31/2025 |
| End Date: | 8/31/2026 |

* Unless a Party provides written notice of non-renewal to the other Party, sixty (60) days before the end of the current Services Term, this Order Form shall automatically renew for additional periods of one (1) year. In the event of an automatic renewal, the Services shall continue to be provided by Glass Lewis to Client, as set forth in the Agreement.



Glass Lewis shall provide Client with the Services set forth below:

| Services | Quantity |
|---|---|
| Glass Lewis Engagement Management Platform<br>Access for up to 5 users | 1 |

## TOTAL ANNUAL FEES: $15,000.00

**ADDITIONAL TERMS AND CONDITIONS:**

1. All fees are exclusive of any taxes, levies, duties or similar governmental assessments of any nature, including, for example, value-added, sales, use and similar taxes, assessable by any jurisdiction whatsoever.
2. Payment in full is due within thirty (30) days of the date of invoice. Untimely payment may result in late payment interest penalties, as set forth in the Agreement.
3. Client acknowledges and agrees that it is solely responsible for: (i) providing, or instructing its agents to provide, Glass Lewis on a timely basis, all information, documents, and files, including any third-party data or information (e.g., third-party proprietary securities identifiers) necessary for the performance of the Services, in the format requested by Glass Lewis and that the same shall be considered Client Data as defined in the Agreement; and (ii) ensuring Glass Lewis continues to receive accurate, complete, and up-to-date Client Data for the duration of the Agreement. In no event shall Glass Lewis be held liable for any damages resulting from inaccurate, incomplete, or obsolete Client Data delivered to Glass Lewis.
4. In addition to the representations and warranties set forth in the Agreement, Client further represents and warrants that: (i) Client owns the Client Data and/or has obtained all licenses, rights, and consents necessary, including those required under applicable Privacy and Data Protection Laws, to provide the Client Data to Glass Lewis and to permit Glass Lewis to collect, process, and use such Client Data for purposes of the Agreement and this Order Form; and (ii) Client is solely responsible for obtaining and maintaining any rights, licenses, or consents that may be required for Client's input, upload, or storing of any third-party proprietary securities identifiers in the Products and Services.
5. Consistent with the Florida Transparency in Contracting Initiative, Client posts certain operational Agreements on its website, and this Order Form will be one of the agreements posted. Glass Lewis hereby agrees that Client is authorized to post this Order Form (including any amendments or addenda hereto) and a description of the content of the Order Form (including any amendments or addenda hereto) on the Client's website.

All terms and conditions of the Agreement not modified herein remain in full force and effect.

IN WITNESS WHEREOF, the Parties have agreed to this Order Form as of the Start Date entered above.

# GLASS LEWIS

**Florida State Board of Administration**

**GLASS LEWIS:**

By:

Name: Chris Spencer

Title:  Executive Director

Date:

_____ September 15, 2025 _____

By:

Name: JOHN WIECK

Title: COO

Date: 9 SEPTEMBER 2025

APPROVED AS TO LEGALITY:

ELIZABETH R. STEVENS
DEPUTY GENERAL COUNSEL - OPERATIONS

# GLASS LEWIS

**APPENDIX A**
**ACCEPTABLE USE POLICY**

This Acceptable Use Policy (this "Policy") describes prohibited uses of the Engagement Management Platform (the "EMP").

All references in this Policy to "we", "us" or "our" should be considered a reference to Glass Lewis. All references in this Policy to "you" or "your" should be considered a reference to you as a user of the EMP. The examples described in this Policy are not exhaustive.

We may modify this Policy at any time and shall endeavor to provide you with written notice of any material changes to this Policy as soon as reasonably practicable. By using the EMP, you agree to the latest version of this Policy.  By using the EMP you agree to the latest version of this Policy.

Please report violations of this Policy to us at compliance@glasslewis.com.  When reporting by email, please include the words "Acceptable Use Policy Violation" in the subject. Our goal is for the EMP to be of high-quality and to be safe as well as pleasant to use for all of our users.

**Permitted use of the Engagement Management Platform**
The EMP may only be used for lawful purposes. You agree to comply with all applicable laws, rules, and regulations in connection with your use of the EMP.

**Activities that you are prohibited from engaging in when using the Engagement Management Platform**
You are prohibited from using, or in any way facilitating or supporting others to use the EMP:
- for any unlawful, fraudulent, infringing or offensive use.
- for any activities that are illegal, that violate the rights of others, or that may be harmful to others, our operations or reputation, including engaging in a behavior that appears threatening, stalking, defaming, defrauding, degrading, victimizing or intimidating for anyone for any reason.
- to store, distribute or otherwise making available (i) content that infringes or misappropriates the intellectual property or proprietary rights of others or (ii) content that is defamatory, obscene, abusive, invasive of privacy or otherwise objectionable. Remember that this also applies to any feedback that you give us as part of your use of the EMP.
- to violate, or attempt to violate, the security or integrity of EMP or any other network, electronic service, computer, application or other technical equipment and software. For example, by transmitting damageable code or viruses as well as using any automated process or service to access or use the Engagement Management Platform such as a BOT, a spider or periodic caching of information stored by us.
- for purposes of distributing any form of "spam", including but not limited to, unsolicited mass email, instant messages or any other form of electronic messaging on a bulk basis to recipients with which you have no pre-existing relationship.
- to gain access to the EMP in any fraudulent or unauthorized way, including bypassing or circumventing the Engagement Management Platform's protocols and access controls as well as accessing or authorizing anyone to access the EMP from an embargoed country.
- for attempting to reverse engineer or otherwise derive source code, trade secrets, or know-how of the EMP as well as any  portion thereof.

## GLASS LEWIS

- to remove, modify, or tamper with any regulatory or legal notice or link that is incorporated into the EMP, including providing or creating links to external sites that violate this Policy or other legal agreements we provide.
- to replicate or compete with core products or services offered by us.

### Additionally

- We are not responsible for the content of any user-created posting, listing or message. The decision to view content or engage with others is yours. We advise you to use your judgment.
- You are responsible for protecting your computer against interference, spyware or viruses that may be encountered when using the EMP. We always recommend that you install a virus protection program on your computer and keep it up to date.
- Information you provide or upload to the EMP may be stored outside of the country in which you reside.
- Nothing in this Policy is intended to grant any rights in or to the EMP. Failure to enforce this Policy in every instance does not amount to a waiver of our rights.

### Our monitoring and enforcement

If requested, you must provide us with proof of compliance with this Policy. We reserve the right to, in our sole discretion and judgment, take any action we deem necessary if you violate the letter or spirit of this Policy. If you violate this Policy or authorize or help others to do so, we may immediately terminate or suspend your access to the EMP and we may or may not provide notice before taking action. We may also remove, disable access to, or modify any content or resource that violates this Policy or any other agreement governing the use of the EMP.

We may cooperate with legal authorities or other appropriate third parties in connection with any investigation of illegal conduct violating this Policy.

 GLASS LEWIS

**ORDER FORM**

| | |
|---|---|
| Client: | Florida State Board of Administration |
| Address: | 1801 Hermitage Blvd., Tallahassee, FL 32308 United States |
| Client Tax Number (Optional): | |
| **Effective Date of Master Services Agreement:** | July 1, 2016 |
| Service Name: | Web-hosted Vote Disclosure - Premium |

This Order Form is governed by and subject to the terms and conditions of the Master Services Agreement entered into by Client and Glass, Lewis & Co., LLC located at 100 Pine Street, Suite 1925, San Francisco, CA 94111, United States, on the Effective Date indicated above.

**ORDER FORM STATUS:**             **SERVICES TERM*:**

| | | | |
|---|---|---|---|
| Initial Term* | | Start Date: | 8/31/2025 |
| Renewal Term | | | |
| Amendment | | End Date: | 8/31/2026 |

\* Unless Client provides written notice of non-renewal to Glass Lewis sixty (60) days before the end of the Services Term, this Order Form shall automatically renew for additional periods of one (1) year. In the event of an automatic renewal, the Services shall continue to be provided by Glass Lewis to Client as set forth in the Agreement and this Order Form.

# ⛬ GLASS LEWIS

Glass Lewis shall provide Client with the Services set forth below:

| Services | Quantity |
|---|---|
| Web-hosted Vote Disclosure - Premium | 1 |

## TOTAL ANNUAL FEES: $7,500.00

**ADDITIONAL BILLING AND INVOICING TERMS:**

1. All fees are exclusive of any taxes, levies, duties or similar governmental assessments of any nature, including, for example, value-added, sales, use and similar taxes, assessable by any jurisdiction whatsoever.
2. Payment in full is due within thirty (30) days of the date of invoice. Untimely payment may result in late payment interest penalties, as set forth in the Agreement.
3. Consistent with the Florida Transparency in Contracting Initiative, Client posts certain operational Agreements on its website, and this Order Form will be one of the agreements posted. Glass Lewis hereby agrees that Client is authorized to post this Order Form (including any amendments or addenda hereto) and a description of the content of the Order Form (including any amendments or addenda hereto) on the Client's website.

 GLASS LEWIS

All terms and conditions of the Agreement not modified herein remain in full force and effect.

**Florida State Board of Administration**

**GLASS LEWIS:**

By:

Name: Chris Spencer

Title: Executive Director

Date:

September 15, 2025

APPROVED AS TO LEGALITY:

ELIZABETH R. STEVENS
DEPUTY GENERAL COUNSEL - OPERATIONS

By:

Name: JOHN WIECK

Title: COO

Date: 9 SEPTEMBER 2025

**STATE BOARD OF ADMINISTRATION**
**DATA SECURITY ADDENDUM**

This Data Security Addendum (this "**Addendum**") is entered into as of the Effective Date, by and between the State Board of Administration of Florida (the "**SBA**") and Glass, Lewis & Co., LLC (the "**Contractor**") and is hereby incorporated into and made a part of the contract dated July 1, 2016 (the "**Contract**") by and between the SBA and the Contractor.

1. **Data Security; SBA Data**. The Contractor shall comply with NIST SP 800 Series, ISO/IEC 27000 Series, or a comparable similar industry standard. The Contractor will provide prompt notice to the SBA of any known or suspected violation of any SBA policy or industry standard. The Contractor shall provide prompt notice to the SBA in the event it becomes aware of any security breach or any unauthorized transmission or loss of any SBA Data. For purposes of this Addendum, "SBA Data" means all data accessed, created, maintained, obtained, processed, stored, or transmitted by the Contractor in the course of performing the Contract and all information derived therefrom, excluding the Materials (as defined in the Contract).

2. **Nondisclosure**. SBA Data shall be considered confidential and proprietary information to the extent permitted by Florida or other applicable law. The Contractor shall hold SBA Data in confidence and shall not disclose SBA Data to any person or entity except as authorized by the SBA or as required by law. This provision shall be in addition to, and not in place of, Section 7 of the Contract, Confidentiality, and in the event of any conflict or discrepancy between the terms of this Section 2 and the Contract, this Section 2 shall control and govern.

3. **Loss or Breach of Data**. In the event a loss (including destruction) or breach of SBA Data in Contractor's possession is confirmed or suspected, the Contractor will promptly perform due diligence and promptly report findings to the SBA. Contractor will pay all costs to remediate and correct any problems to the extent caused by or resulting from the loss or breach (including, without limitation, the cost to notify third parties, provide credit monitoring services to third parties, and recreate lost data in a manner and on the schedule set by the SBA), in addition to any other damages the SBA may be entitled to by law or the Contract. The Contractor acknowledges that failure to maintain security that results in a loss or breach of SBA Data may subject the Contractor to the administrative sanctions for failure to comply with Section 501.171, Florida Statutes.

4. **Security Audits**. If SBA Data will reside in the Contractor's system, the SBA may request the Contractor to conduct at the Contractor's expense, an annual network penetration test or security audit of the Contractor's system(s) on which SBA Data resides.

5. **Data Protection**. Unless approved by the SBA in writing, no SBA Data will be transmitted or shipped to entities outside of the United States of America, nor will it be stored or processed in systems located outside of the United States of America, regardless of the method or level of encryption employed. Access to SBA Data shall only be available to authorized Contractor Representatives that have a legitimate business need. For purposes of this Addendum, "Contractor Representatives" means the Contractor's officers, directors, employees, agents, contractors, subcontractors and consultants (including affiliates thereof). Requests for access to the SBA's information technology resources shall be submitted to the SBA's Support and Office Services ("**Help Desk**") staff.

**STATE BOARD OF ADMINISTRATION**
**DATA SECURITY ADDENDUM**

6. **Encryption**. The Contractor shall encrypt all SBA Data, in transmission and at rest, using encryption technologies consistent with the ISO standard of care.

7. **Indemnification**. The Contractor agrees to protect, indemnify, defend and hold harmless the SBA, its trustees, officers and employees from and against any and all third-party claims and related costs, demands, damages, losses, liabilities and expenses (including reasonable counsel fees and expenses, and investigation, collection, settlement and litigation costs) to the extent resulting or arising from the Contractor's breach of this Addendum.

8. **Specific security requirements**. The Contractor shall not use SBA Data except as permitted by the Contract. The Contractor has established appropriate administrative, technical, and physical safeguards to protect the confidentiality of, and to prevent the unauthorized use or access to, SBA Data.

9. **Back-ups**. The Contractor shall maintain and secure adequate back-ups of all SBA Data, including, but without limitation, all documentation and programs utilized to process or access SBA Data.

10. **Data Security Procedures**. The Contractor shall develop data security procedures to ensure only authorized access to data and databases by Contractor Representatives for purposes of performing the Contract and to ensure no unauthorized access to data or databases by individuals or entities other than those authorized by the Contract or the SBA. The Contractor shall ensure that access to data and databases by Contractor Representatives will be provided on a need to know basis and will adhere to the principle of least privilege. (The principle of least privilege means giving a user account only those privileges which are essential to perform its intended function.)

11. **Ownership of Data**. The Contractor shall provide to the SBA, upon its request, SBA Data in the form and format reasonably requested by the SBA. The Contractor will not sell, assign, lease, or otherwise transfer any SBA Data to third parties, or commercially exploit SBA Data, except as authorized by the SBA. The Contractor will not possess or assert any lien or other right against or to any SBA Data in any circumstances. SBA Data is and shall remain the exclusive property of the SBA. SBA Data created by the Contractor, obtained by the Contractor from a source other than the SBA, or derived from SBA Data will become property of the SBA immediately upon the creation, receipt or derivation of such data, as applicable.

12. **Background Checks**. The Contractor shall ensure that Contractor Representatives assisting in the performance of the Contract have passed appropriate, industry standard, background screening (include criminal background checks) and possess the qualifications and training to comply with the terms of the Contract, before being provided access to SBA Data. Upon the SBA's request, the Contractor shall provide to the SBA an attestation that the foregoing background checks have been completed.

**STATE BOARD OF ADMINISTRATION**
**DATA SECURITY ADDENDUM**

13. **Compliance**. The Contractor represents and warrants that it is in compliance with, and agrees and covenants that it will at all times during the term of the Contract continue to be compliance with, all applicable laws, regulations and industry standards (including, without limitation, all applicable laws, regulations and industry standards relating to cybersecurity or data collection, storage, security or privacy).

14. **Return / Destruction of SBA Data**. The Contractor shall not at any time destroy any SBA Data without the prior written consent of the SBA. If requested by the SBA, within 30 days of the completion, termination or expiration of the Contract, the Contractor will transfer SBA Data to the SBA (if so directed by the SBA) or, unless otherwise required by any applicable law, destroy all SBA Data possessed by the Contractor. The Contractor shall provide the SBA documentation affirming the completion of any SBA requested data transfer (including confirmation of receipt by the SBA) and the destruction of any SBA Data possessed by the Contractor.

15. **Subcontractor/Agents**. The Contractor shall be responsible and accountable for the acts or omissions of Contractor Representatives to the same extent it is responsible and accountable for its own actions or omissions under this Addendum. The Contractor agrees to impose the requirements of this Addendum on all Contractor Representatives assisting in the performance of the Contract.

16. **E-Verify**. Contactor shall register with and use, and shall cause any of its subcontractors to register with and use, the E-Verify system to verify the employment eligibility of newly hired employees performing services within the United States in accordance with Section 448.095, Florida Statutes. Contractor acknowledges that SBA is subject to and Contractor agrees to comply with Section 448.095, Florida Statutes, as amended from time to time, to the extent applicable.

17. **Business Continuity Plan/Disaster Recovery**. The Contractor has implemented and will maintain business continuity and disaster recovery plans designed to minimize interruptions of services and ensure recovery of systems and applications used to provide the services under this Contract. Such plans cover the facilities, systems, data, applications and employees that are critical to the provision of the services, and will be tested at least annually to validate that the recovery strategies, requirements and protocols are viable and sustainable. Contractor shall provide an executive summary of such plans setting forth prioritized threats, time criticality of business functions, resources needed to successfully recover, employee training and communication, and potential costs of recovery, as well as, including an assessment of the plans' most recent test results, to the SBA upon request. In the event of a business disruption that materially impacts (or is reasonably expected to materially impact) the Contractor's provision of services under this Contract, the Contractor will promptly notify the SBA of the disruption and the steps being taken in response.

18. **Counterparts**. This Addendum may be executed in several counterparts, each of which shall be deemed to be an original, but together shall constitute one and the same document.

**STATE BOARD OF ADMINISTRATION**
**DATA SECURITY ADDENDUM**

19. **Survival**. This Addendum will survive any termination or expiration of the Contract and will continue in effect until all SBA Data has been returned to the SBA (if so directed by the SBA) and all SBA Data retained by the Contractor is destroyed.

IN WITNESS WHEREOF, each party has caused this Data Security Addendum to be executed by its respective duly authorized officer, as of  September 15    , 2025 (the "**Effective Date**").

SBA:                                                           CONTRACTOR:

STATE BOARD OF ADMINISTRATION            GLASS, LEWIS & CO., LLC.
OF FLORIDA

By: _____                 By: _____
                                            Name:
Chris Spencer                               Title:    JOHN WIECK
Executive Director                                    COO


APPROVED AS TO LEGALITY:

_____
ELIZABETH R. STEVENS
DEPUTY GENERAL COUNSEL - OPERATIONS