# EXHIBIT F



June 28, 2023

**Via Email**
Michael McCauley
Senior Officer, Investment Programs & Governance
Florida State Board of Administration
Mike.McCauley@sbafla.com

    **Re:**    **Amendment to Order Form issued pursuant to Proxy Research and Voting Services Agreement – Addition of N-PX File Preparation Service**

Dear Michael,

This amendment letter is to confirm that Glass, Lewis & Co., LLC ("Glass Lewis") agrees that in addition to the Services set forth in the Order Form with a Start Date of July 1, 2022 and issued pursuant to that certain Proxy Research and Voting Services Agreement dated July 1, 2016 (collectively, the "Agreement"), Glass Lewis hereby agrees to provide the Florida State Board of Administration ("Florida SBA") the N-PX File Preparation Service which consists of a turnkey solution to compile and provide voting records in accordance with the new SEC requirements for Form N-PX (the "N-PX Services") for the remainder of the Services Term of the Agreement.

In consideration for the N-PX Services, in addition to the fees set forth in the Agreement, and notwithstanding anything to the contrary in the Agreement, Florida SBA agrees to pay Glass Lewis the fees set forth below for each corresponding year of the remainder of the Services Term. Such amounts shall be invoiced to Florida SBA in accordance with the terms of the Agreement.

| Year of Services Term | Fee for N-PX Services | Updated Total Annual Fee |
|---|---|---|
| Year 2 (July 1, 2023 – June 30, 2024) | US$15,000.00 | US$207,653.00 |
| Year 3 (July 1, 2024 – June 30, 2025) | US$15,300.00 | US$211,806.00 |
| Year 4 (July 1, 2025 – June 30, 2026) | US$15,606.00 | US$216,042.00 |
| Year 5 (July 1, 2026 – June 30, 2027) | US$16,074.00 | US$222,523.00 |

For the avoidance of doubt, all terms and provisions of the Agreement not expressly modified in this amendment letter shall remain in full force and effect and, in the event of any conflict between the terms of this amendment letter and the terms of the Agreement, the terms of this amendment letter shall control and govern.

Glass Lewis agrees that it shall register with and use, and shall cause any of its subcontractors to register with and use, the E-Verify system to verify the employment eligibility of newly hired employees performing services within the United

info@glasslewis.com    |    255 California St., Ste 1100, San Francisco, CA 94111    |    www.glasslewis.com

Document Ref: E6RTT-NO7U5-EHRMJ-EDWRC



States in accordance with Section 448.095, Florida Statutes.  Glass Lewis acknowledges that SBA is subject to and Glass Lewis agrees to comply with Section 448.095, Florida Statutes, as amended from time to time, to the extent applicable.

ACKNOWLEDGMENT AND ACCEPTANCE:

I have read the above amendment letter and agree to the addition of the enhanced N-PX Services to the Agreement at the fees and on the terms set forth in the amendment letter.

Accepted and Agreed:

**Florida State Board of Administration**

By: _____

Name: ____Lamar Taylor_____

Title: __Interim Executive Director & CIO__

Date: _____July 14, 2023_____

**Glass, Lewis & Co., LLC.**

By: _____*Dan Concannon*_____

Name: ____Dan Concann_____

Title: ____CCO_____

Date: ____07 / 13 / 2023_____

APPROVED AS TO LEGALITY:

*Brittany Adll*

BRITTANY ADAMS LONG
ASSISTANT GENERAL COUNSEL

info@glasslewis.com    |    255 California St., Ste 1100, San Francisco, CA 94111    |    www.glasslewis.com

Document Ref: E6RTT-NO7U5-EHRMJ-EDWRC

# Signature Certificate

Reference number: E6RTT-NO7U5-EHRMJ-EDWRC

| Signer | Timestamp | Signature |
|---|---|---|
| **Dan Concannon**<br>Email: dconcannon@glasslewis.com<br>Shared via link | | Dan Concannon |
| Sent: | 13 Jul 2023 20:58:54 UTC | |
| Viewed: | 13 Jul 2023 21:34:07 UTC | IP address: 174.247.161.183 |
| Signed: | 13 Jul 2023 21:35:49 UTC | Location: Portland, United States |

Document completed by all parties on:
13 Jul 2023 21:35:49 UTC

Page 1 of 1



**Signed with PandaDoc**

PandaDoc is a document workflow and certified eSignature
solution trusted by 40,000+ companies worldwide.





**STATE BOARD OF ADMINISTRATION
OF FLORIDA**

1801 HERMITAGE BOULEVARD, SUITE 100
TALLAHASSEE, FLORIDA 32308
(850) 488-4406

POST OFFICE BOX 13300
32317-3300

RON DESANTIS
GOVERNOR
CHAIR

JIMMY PATRONIS
CHIEF FINANCIAL OFFICER

ASHLEY MOODY
ATTORNEY GENERAL

LAMAR TAYLOR
INTERIM EXECUTIVE DIRECTOR &
CIO

# MEMORANDUM

| | |
|---|---|
| **Date:** | **July 10, 2023** |
| **To:** | **Paul Groom**<br>**Deputy Executive Director** |
| **From:** | **Lamar Taylor**<br>**Interim Executive Director & CIO** |
| **Subject:** | **Delegation of Authority** |

I will be out of the office from **8:00 a.m. on Wednesday, July 12, 2023 through 5:00 p.m. on Tuesday, July 18, 2023.** I hereby appoint **Paul Groom** as my designee to carry out the duties and responsibilities that have been delegated to me by the State Board of Administration/Executive Director.

Prior to carrying out these duties and responsibilities, **Paul** will consult and coordinate with Executive Service Staff and other employees of the State Board of Administration, as needed.

If, because of unforeseen circumstances, this absence from the office extends beyond **5:00 p.m. on Tuesday, July 18, 2023**, the delegate listed above will continue to be my designee as described above for a reasonable period thereafter.

07/10/23 10:21 AM

X *Lamar Taylor*    ✔

Taylor_Lamar

Docu**Sign**

**Input Name**

cc:    Executive Service Staff
       WorkSmart Portal