# EXHIBIT H

**Institutional Shareholder Services Inc.**
**ADDENDUM NO. (Schedule-GOV_00238703 - 07/29/2024)**
**Incorporating Master Service Agreement (MSA) No. (MSA-GOV 00166824) between**
**Subscriber & Institutional Shareholder Services Inc.**

**Provider:**   Institutional Shareholder Services Inc.
**Subscriber:** Florida State Board of Administration

**Term:** 07/01/2024 - 06/30/2029

| **Annual Fees:** | 07/01/2024-06/30/2025 | $216,568.90 |
| | 07/01/2025-06/30/2026 | $221,983.12 |
| | 07/01/2026-06/30/2027 | $227,532.69 |
| | 07/01/2027-06/30/2028 | $233,221.00 |
| | 07/01/2028-06/30/2029 | $239,051.52 |

**Payment Schedule:** Annually to be paid In Advance by Subscriber. *

*Subscriber may elect to have invoices sent to a third party (see contact info for billing inquiries). If third party declines to pay for service, then Subscriber will be liable for entire payment.

**Service(s): As noted on the Appendix A Services Schedule attached hereto.**
**Notwithstanding anything to the contrary in the MSA, the provisions set forth in Attachment 1 are hereby incorporated and shall apply to this Agreement.**

**Subscriber Information:**

**Information sent to:**

| | |
|---|---|
| Name: Michael McCauley | |
| Title: Head/Managing Director/Vice President | |
| Street Address: 1801 Hermitage Boulevard | |
| City, state, Zip: Tallahassee, FL 32308 United States | |
| Tel: 8504131252 | Fax: |
| E-mail: mike.mccauley@sbafla.com | |

**ACCEPTED:**

**Florida State Board of Administration**          **Institutional Shareholder Services Inc.**

| Signature: | Signature: Lorraine Kelly (Sep 23, 2024 03:34 EDT) |
|---|---|
| Name:<br>  Chris Spencer | Name:<br>  Lorraine Kelly |
| Title:<br>  Executive Director | Title:<br>  Managing Director |

| Date:<br>  September 19, 2024 | Date:<br>  23-Sep-2024 |
|---|---|
| Address:  1801  Hermitage  Blvd,#100, Tallahassee, FL 32308 | Address: 702 King Farm Boulevard, Suite 400, Rockville, MD 20850-4045 USA |

APPROVED AS TO LEGALITY:

CRAIG A. MEYER
ASSISTANT GENERAL COUNSEL

<u>**Appendix A - Services Schedule**</u>

Where the Services include Services Levels, the Annual Fee covers the Service Levels listed below and any usage in excess of the Service Levels will be charged at the Overage Rate.

## <u>DESCRIPTION OF SERVICE ELEMENTS</u>

### <u>Benchmark Research (US)</u>
Equity proxy analyses including data, analysis, and recommendations based on ISS benchmark policy.

### <u>Benchmark Research (Global)</u>
Equity proxy analyses including data, analysis, and recommendations based on ISS benchmark policy.

### <u>Special Situations Research (formerly M&A Edge)</u>
SSR Notes, Research Reports and Pipeline research on high profile and contentious SSR deals and proxy fights (as chosen by the heads of ISS Special Situation Research group). Service includes:

- Dedicated Account Manager
- On-line and/or email delivery of research
- Reasonable access to SSR team for discussion on SSR and live situations; may include periodic in-person meetings.

### <u>Global Share Recall Notification Service</u>
Data Feed provides clients with a fully flexible solution that assists clients in reconciling the demands of stock lending and voting to maximize lending revenues.

### <u>ExecComp Analytics</u>
ISS' ExecComp database of executive pay components (cash, bonus, stock and options) for CEOs and Named Executive Officers. Compensation data is available by disclosed component values as well as, in markets covered under ISS Total Direct Compensation methodology, a standardized calculation using recalculated base salary, option award, and performance award valuations. Access also includes, where applicable, current snapshots of ISS' selected peer groups, and ISS management Say on Pay (MSOP) data such as ISS levels of quantitative concern related to compensation.

### <u>Incentive Lab Metrics & Goals Data</u>
Executive compensation data providing a unique perspective on the management and board's own view on firm expectations related to performance metrics and goals.

### <u>Form 4 Data</u>
Section 16 insider transactions data.

### <u>Director Dataset</u>
Provider shall provide Subscriber with access to Provider's Director Data Service via one of the following delivery options (check the appropriate box):

    X  Data Desk
    ☐ Data Feed

☐ Both

Director Data Service includes the following:

- Board-level data such as board size and composition, board committees and average director age, at the issuer level and aggregated
- Director data consists of attributes of an individual director such as age, gender, tenure, and committee membership
- Screening capability
- Dashboard view of predefined screens and industry trends
- Portfolio and Watchlist capabilities

**<u>Board Diversity Data</u>**
Supplementary board level data.

**<u>INCLUDED SERVICE LEVELS</u>**

<u>Benchmark Research (US)</u>
Category: Institutional Governance
Report Limit: 2,904
Per Report Overage: $12.00

<u>Benchmark Research (Global)</u>
Category: Institutional Governance
Report Limit: 2,740
Per Report Overage: $17.00

<u>Special Situations Research</u>
Category: Institutional Governance
User Limits: 0

<u>Global Share Recall Notification Service</u>
Category: Institutional Governance

<u>Incentive Lab Metrics & Goals Data</u>
Category: Institutional Governance

<u>Form 4 Data</u>
Category: Institutional Governance

<u>Director Dataset</u>
Category: Institutional Governance

<u>Board Diversity Data</u>
Category: Institutional Governance

**Attachment 1**

**Additional Terms and Conditions**

**The special provisions below shall apply to this Agreement, notwithstanding the provisions of the MSA**

1. If a Business Group is defined on the first page of the Addendum, then the Services shall only be used by that specific Business Group of Subscriber and the distribution of the Services (including the Information contained within the Services) outside of the designated Business Group is not permitted.

2. If a Location is defined on the first page of the Addendum, then the Services may only be used by Subscriber at the specified Location and the distribution of the Services (including the Information contained within the Services) outside of the designated Location is not permitted. .

3. Regulatory Disclosures - From time to time, applicable laws and rules may require Provider to disclose information to, or otherwise communicate with, Subscriber. Subscriber hereby agrees that Provider may deliver any such information or other communication electronically (including but not limited to via email). In this regard, Subscriber acknowledges that Subscriber has had the opportunity and will continue to have the opportunity to access Provider's disclosure brochure required by Rule 204-3 under the Investment Advisers Act of 1940 through Provider's website. Provider may send other required communications to Subscriber by email as provided in the MSA or in this Addendum. Subscriber may revoke this general consent to electronic delivery at any time, or Subscriber may request a hard copy of any particular document covered by this consent. .

4. Where the Service Schedule specifies the number of User IDs for certain Services, each User ID shall only be used by one individual. The sharing of User IDs is not permitted.

5. If Subscriber is an academic institution that has subscribed to the Governance Data Service and/or the STATS Service (the "Subscribed Data Services"), the following provision shall apply:

6. Subscriber shall have the right to use the Subscribed Data Services (and the Information contained in the Subscribed Data Services) for the purpose of non-commercial, non-profit research for any academic research project conducted on Subscriber's premises. Subscriber's subscription to the Subscribed Data Services only includes up to one hour of support services from Provider. Subscriber may incorporate limited, non-substantial portions of the data contained in the Subscribed Data Services in noncommercial, non-profit academic works or publications; provided that: (i) Subscriber promptly provides Provider with a copy of such academic work or publication; and (ii) attribution to "Institutional Shareholder Services Inc." as the source of such data is included in such academic work and/or publication.

7. For the avoidance of doubt, under no circumstances may Subscriber incorporate the entirety of the data and or Information and/or a substantial portion of the data and/or Information in any work or publication. The commercial use of the Subscribed Data Services (including without limitation, the data and/or Information contained in the Subscribed Data Services) is not permitted hereunder and shall require a separate agreement with Provider."

8. Provider shall register with and use the E-Verify system to verify the employment eligibility of newly hired employees performing services within the United States, and shall cause any of its subcontractors to register with and use the E-Verify system in accordance with Section 448.095, Florida Statutes. Provider acknowledges that Subscriber is subject to and Provider agrees to comply with Section 448.095, Florida Statutes, as amended from time to time, to the extent applicable.

9. Consistent with the Florida Transparency in Contracting Initiative, Subscriber posts certain operational contracts on its website, and Subscriber desires to post this Addendum, as redacted and attached hereto as Exhibit 1-A (the "Redacted Addendum"). Accordingly, Provider hereby agrees that the Subscriber is authorized to post the Redacted Addendum and a description of the contents of the Addendum on the Subscriber's website, subject to Provider's prior written approval of such description, such approval not to be unreasonably withheld. In addition, the parties may from time to time during the term of the

Agreement enter into one or more amendments or addenda to this Agreement. With respect to any such amendment or addenda to this Addendum Provider shall deliver to Subscriber, upon Subscriber's request, a redacted version of such amendment or addenda. Provider hereby agrees that the Subscriber is authorized to post such redacted version of such amendment or addendum and a description of the contents thereof on the Subscriber's website, provided such description has been approved in writing by Provider. Provider does not agree to the Subscriber posting its expenditures related to this Addendum or subsequent related amendment or addendum on Subscriber's online SBA Operational Contracts Report. Provider hereby understands, acknowledges, and agrees that the redaction of any such information does not mean that such redacted information is protected from disclosure 5 pursuant to a public records request under Chapter 119, Florida Statutes, or as otherwise required by law or a court or authority of competent jurisdiction.